Argued May 16, reversed and remanded for resentencing May 30, reconsideration denied July 12, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*
*v.*
WAYNE KENNETH BOWEN, *Appellant.*
(No. 50700, CA 9846)
(No. 50702, CA 9847)
(Cases consolidated)
579 P2d 263

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Smith,* 34 Or App 539, 579 P2d 261 (1978).